UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GREEN GOBLIN, INC., | : | Bky. No. 09-11239 ELF (DISMISSED) |
| | : | |
| Former Debtor. | : | |
| | : | |
| GREEN GOBLIN, INC., | : | |
| | : | |
| Plaintiff, | : | Adv. No. 09-067 |
| | : | |
| v. | : | |
| | : | |
| WARREN SIMONS, | : | |
| | : | |
| Defendant. | : | |

## AMENDMENT TO ORDER

AND NOW, it is hereby **ORDERED** that:

1. The second paragraph of footnote 5 of the court's prior Order dated **February 13, 2013** is **DELETED** and **REPLACED** with the following paragraph:

   There is no question that the Dismissal Order did not expressly exclude the contested matter arising from the claim objection from the "retention of jurisdiction" provision. However, the only reason it did not do so is that is that the intended, limited effect of the retention of jurisdiction provision of the Dismissal Order was obvious as a matter of law. It was unnecessary to state expressly that the court was retaining jurisdiction of **only** the AP and **not** the claim objection.

2. In addition to docketing this Order in Adv. No. 09-067, the Clerk **SHALL DOCKET** the Motion, Green Goblin's response, the parties' post-hearing submissions and this order in Bky. No. 09-11237 and Bky. No. 09-11239.

Date: **February 14, 2013**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE